UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

WEST AIRPORT BRIDGE, LLC and AUTHENTIC FLAIR RESTAURANT LLC,
    Defendant(s).

Case No: 24-cv-21054-RKA

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, EMILIO PINERO, and Defendants, WEST AIRPORT BRIDGE, LLC and AUTHENTIC FLAIR RESTAURANT LLC, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(305) 804-5435
WassenbergL@gmail.com