UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-21054-ALTMAN/Sanchez

**EMILIO PINERO**,

    *Plaintiff*,

*v.*

**WEST AIRPORT BRIDGE, LLC,** *et al.*,

    *Defendants.*

_____/

## ORDER

The parties have filed a Notice of Settlement in Principle [ECF No. 12], informing us that they have resolved their dispute. Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal by **May 22, 2024**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on April 23, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record